■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENYATTA L. RAPLEY, Appellant. (Appeal No. 1.) [873 NYS2d 396]— Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered March 21, 2005. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENYATTA L. RAPLEY, Appellant. (Appeal No. 2.) [872 NYS2d 351]— Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered March 21, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Rapley* (59 AD3d 927 [2009]). Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.